96 F.3d 1431
 Purcell Bronson
v.
Lt. Walker, Co. Story, Co. Creese, Co. Mrkonja, Co. Graham,
Sgt. Tustin, Co. Fisher, Co. Frank, Co. Tedrow, Co. Herbert,
Co. Zilka, Co. Nickelson, Co. Deemer, Co. Trainor, Co.
Rounds, Co. Spieriry, Lt. Slavic, Tim Collins, A. Domovich,
J.D. Lehman, Ted Shomaker, R.S. Bitner, A.S. Williamson, J.
Thompson, D. Good, H.S. Callithen, J. Matthews, Lt.
Corriveau, John Does, Co. Arre, Co. Wilson, Co. Marci, J.
Harvey Bell, Sgt. Baun, John Doe, Officer
 NO. 96-3159
 United States Court of Appeals,
Third Circuit.
 Aug 21, 1996
 
 Appeal From: W.D.Pa., No. 94-cv-00020,
 Bloch, J.
 
 
 1
 AFFIRMED.